IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MIKE BORDELON, and BREEZY SHORES, LLC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CASE No. 1:20-cv-00057-C ) |
| BALDWIN COUNTY, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' EVIDENTIARY SUBMISSIONS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Baldwin County, Alabama, Defendant Baldwin County Commission District 4 Planning and Zoning Board of Adjustment, and Vince Jackson and hereby respectfully submits their evidentiary submission described below in support of their contemporaneously filed Motion for Summary Judgment as follows:

    A.    Baldwin County Zoning Ordinances

    B.    2017 Parking Ordinance Amendments

    C.    2019 Height Ordinance Amendments

    D.    June 2019 Letter re: Determination on Parking Interpretation

    E.    Breezy Shores Administrative Documents

    F.    Emails Requesting Lifting of Stop Work Order

G. Breezy Shores Appeals Documents

H. Deposition Transcript of Michael R. Bordelon, Individually and as the 30(b)(6) Representative for Breezy Shores, LLC.

I. Deposition Transcript of Vince Jackson

J. Deposition Transcript of Linda Lee

K. Deposition Transcript of Wayne Dyess

L. Performance Appraisal of Vince Jackson

M. Examples of Other Variance Denials

Respectfully submitted this 21st day of May, 2021.

**/s/Jamie Helen Kidd Frawley**
JAMIE HELEN KIDD FRAWLEY (ASB-7661-M76H)
Attorney for Defendants
WEBB MCNEILL WALKER PC
7475 Halcyon Pointe Drive (36117)
P.O. Box 240909
Montgomery, AL  36124
(334) 262-1850 – T
(334) 262-1772 – F
jfrawley@wmwfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kristopher O. Anderson
William Stokes
Matthew Couch
CLARK PARTINGTON
4725 Maine Street, Suite F-222
Orange Beach, Alabama 36561
(251) 225-4122 – T
kanderson@clarkpartington.com
wstokes@clarkpartington.com
mcouch@clarkpartington.com

                                                **/s/Jamie Helen Kidd Frawley**
                                                OF COUNSEL