# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MIKE BORDELON, and BREEZY SHORES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1:20-cv-00057-C ) |
| BALDWIN COUNTY, ALABAMA; BALDWIN COUNTY COMMISSION DISTRICT 4 PLANNING AND ZONING BOARD OF ADJUSTMENT; and VINCE JACKSON | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## **NOTICE OF FILING TRIAL EXHIBITS**

Plaintiffs, MIKE BORDELON and BREEZY SHORES, LLC, by undersigned with consent of Defendants' counsel, give notice of filing the following Trial Exhibits:

| Trial Exhibit No. | Description |
|---|---|
| 1 | Building Permit (Plaintiff's Exhibit #1 to Vincent Jackson's Deposition Transcript) |
| 2 | Appeal of Administrative Decision, Addendum and Owner Authorization |
| 11 | Expert Witness Report of Frank Reed |
| 13 | July 31, 2019 Letter to Steve Jones from Vince Jackson (Defendants' Bates #0069-0070) (Plaintiff's Exhibit #3 to Vincent Jackson's Deposition Transcript) |

| 18 | Baldwin County Commission District 4. Board of Adjustment December 12, 2019 Regula Meeting Minutes (Exhibit #5 to Mike Bordelon's Deposition Transcript) |
|---|---|
| 20 | Bordelon_00000001-6 |
| 21 | Bordelon_00000077-78 |
| 23 | Bordelon_00000097-98 |
| 25 | Defendants' Bates # 8074-8077 |
| 26 | Defendants' Bates # 8135-8136 |
| 27 | Defendants' Bates # 8141-8154 |
| 31 | Defendants' Bates # 8199 |
| 34 | Defendants ESI_00000092-97 |
| 35 | Defendants ESI_00000100-107 |
| 36 | Defendants ESI_00000152 with text format |
| 40 | FSW 0073-77 |
| 41 | FWS 0080-83 |
| 43 | Baldwin County Zoning Ordinances (Exhibit A to Defendants' Motion for Summary Judgment) |
| 45 | 2019 Height Ordinance Amendments (Exhibit C to Defendants' Motion for Summary Judgment) |
| 46 | June 2019 Letter re: Determination on Parking Interpretation (Exhibit D to Defendants' Motion for Summary Judgment) |
| 47 | Pictures of Stop Work Order dated 7/31/1 |
| 48 | Emails Requesting Lifting of Stop Work Orders (Exhibit F to Defendants' Motion for Summary Judgment) |
| 49 | Board of Adjustment Staff Report, Case No. AD-19002 (Def. Bates No. 22-54) |
| 53 | Plaintiff's Bates No. 67-69 |
| 54 | Plaintiff's Bates No. 72-73 |
| 56 | Plaintiff's Bates No. 121-125 |

*/s/ Kristopher O.Anderson*
**KRISTOPHER O. ANDERSON**
AL Bar No.: AND112
kris@yatesanderson.com
YATES ANDERSON
P.O. Box 73
Orange Beach, Alabama 36561
(251) 500-4853

2

                **JOHN PARKER YATES**
                AL Bar No.: YAT010
                parker@yatesanderson.com
                YATES ANDERSON
                2320 Highland Ave. S., Ste. 290B
                Birmingham, AL 35205
                (205) 705-3144

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of March 2022 the foregoing has been filed with the Clerk of the Court and through CM/ECF was served upon the following:

JAMIE H. KIDD FRAWLEY
HALEY LYCKMAN
7475 Halcyon Pointe Drive (36117)
P.O. Box 240909
Montgomery, AL  36124
jfrawley@wmwfirm.com
hlyckman@wmwfirm.com
Attorney for Defendants

                */s/ Kristopher O.Anderson*
                **KRISTOPHER O. ANDERSON**