**Trial Exhibit 25**

| | |
|---|---|
| From: | Paul Stanton |
| To: | Vince Jackson |
| Cc: | Billie Jo Underwood; Al Bennett; Bill Bennett; Eugene Krabs; Sandy Bennett; Megan Bennett; Lynda Crum; Jamie Strategier |
| Subject: | <EXTERNAL> 3450 Ponce De Leon Ct Gulf Shores, AL 36542 (Fort Morgan) Breezy Shores |
| Date: | Tuesday, July 30, 2019 5:11:49 PM |
| Attachments: | Image.png<br>Image-1.png<br>Image-2.png<br>Image-3.png |

Vince,

It looks like pylons are being driven (two pylons in the ground today 7/30/19) and construction has started even though I was told this builder did not pass his parking plan and wouldn't be receiving a permit.

I want to know if he has met the parking requirements.
If so, please provide me with a site plan.
In addition, please send me a copy of the ADEM Permit and his associated site plan.

If this has NOT been approved,
Construction and Pyle driving should stop immediately tomorrow morning (7/31/19.)

Please call me at (251) 295-5255 as soon as possible today or tomorrow morning as I plan to be at this construction site at 6am tomorrow morning.
Thanks
Paul Stanton
3487 Ponce De Leon Court
Gulf Shores, AL 36542
(251) 295-5255



Defendants' Bates # 8074

DATE _July 24_
OWNER _Breezy Shores LLC_
CONTRACTOR _Steve Jones Contractor_
PHONE # _____

**BALDWIN COUNTY BUILDING DEPARTMENT**
- Foley   Office (251) 972-6837   Fax (251) 972-6820
  201 East Section Avenue, Foley, AL 36535
- Fairhope   Office (251) 990-4641   Fax (251) 990-4642
  1100 Fairhope Avenue, Fairhope, AL 36532

Approved plans MUST BE retained on job and this card KEPT POSTED until final inspection has been made. Such building SHALL NOT BE OCCUPIED until FINAL INSPECTION has been made and approved

**Minimum Inspection Required**
WORK SHALL NOT PROCEED UNTIL EACH DIVISION HAS APPROVED THE VARIOUS STAGES OF CONSTRUCTION

| Underground | Aboveground | Finals |
|---|---|---|
| ☐ Plumbing | ☐ Plumbing | ☐ Plumbing |
| ☐ Electrical | ☐ Electrical | ☐ Electrical |
| ☐ Mechanical | ☐ Mechanical | ☐ Mechanical |
| ☐ Gas | ☐ Gas | ☐ Gas |
| ☐ Footing-Slab | ☐ Framing | ☐ Building |
| ☐ Pilings | | |

**ADDRESS AND LOT #**

3450 A & B
Ponce De Leon Ct

Golf Shores            Duplex

POST THIS CARD ON SITE AND VISIBLE FROM STREET

Defendants' Bates # 8075



Defendants' Bates # 8076



Get [Outlook for iOS](#)

========================================================================

This message (including any attachments) contains information that may be confidential and/or privileged. It is intended only for the person(s) to whom it is addressed. - If you are not the intended recipient, please notify the sender by replying to this message with "Received in error" as the subject and then delete it from your mailbox. - If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it, and any unauthorized use may be unlawful. The sender is not responsible for the accuracy or completeness of this message when it has been transmitted over a public network, as Internet communication is not secure.

========================================================================

Defendants' Bates # 8077