# BALDWIN COUNTY COMMISSION

## PLANNING AND ZONING DEPARTMENT

Main Office (Physical)
22070 Highway 59
Robertsdale, AL 36567
Phone: (251) 580-1655
Fax: (251) 580-1656

Main Office (Mailing)
22251 Palmer Street
Robertsdale, AL 36567

Foley Office
201 East Section Avenue
Foley AL 36535
Phone: (251) 972-8523
Fax: (251) 972-8520

www.planning.baldwincountyal.gov

July 3, 2019

Paul Stanton
3487 Ponce De Leon Court
Gulf Shores, AL 36542

RE: Determination Concerning Section 15.3.1 of the *Baldwin County Zoning Ordinance*

Dear Mr. Stanton:

As requested, I have researched the applicability of Section 15.3.1 of the *Baldwin County Zoning Ordinance* to stacked parking spaces. This section is quoted as follows:

15.3.1 *Off-street parking space defined.* An off-street parking space is an area of not less than 171 square feet which is permanently reserved for the temporary storage of one automobile. The minimum dimension of an off-street parking space is 9' x 19'. Off-street parking spaces may not be located in a street or alley and must be connected with a street or alley by a driveway which affords unobstructed ingress and egress to each space.

After careful consideration, it is my determination, as Zoning Administrator, that Section 15.3.1 does in fact prohibit stacked parking spaces in a manner which would potentially obstruct ingress and egress to each space. This determination is specific to the supplemental parking requirements which are found in the Local Provisions for Planning District 25 and which are applicable to single-family and two-family properties (Section 2.3.25.3(c)).

If you should have any questions or should require additional information, please email me at vjackson@baldwincountyal.gov, or give me a call at (251) 580-1655 extension 7238.

Sincerely,

Vince Jackson
Planning Director/Zoning Administrator

Defendants' Bates #0071