# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MIKE BORDELON, and BREEZY SHORES, LLC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE No. 1:20-cv-00057-C ) |
| BALDWIN COUNTY, ALABAMA, et al., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' EVIDENTIARY SUBMISSIONS IN SUPPORT OF THEIR POST-TRIAL BRIEF

COMES NOW Defendant Baldwin County, Alabama, Defendant Baldwin County Commission District 4 Planning and Zoning Board of Adjustment, and Vince Jackson and hereby respectfully submits their evidentiary submission described below in support of their Post-Trial Brief as follows:

A. Defendant's First Consolidated Discovery Requests to Plaintiff Breezy Shores

B. Defendant's First Consolidated Discovery Requests to Plaintiff Mike Bordelon

C. Plaintiffs' Rule 26 Initial Disclosures

D. Updated Damages Disclosure as of January 20, 2021

E. Updated Damages Disclosure as of March 15, 2021

F.      Updated Damages Disclosure as of May 21, 2021

G.      Home Depot Comparisons

Respectfully submitted this 28th day of March, 2022.

>   **/s/Jamie Helen Kidd Frawley**
>   JAMIE HELEN KIDD FRAWLEY (ASB-7661-M76H)
>   Attorney for Defendants
>   WEBB MCNEILL WALKER PC
>   One Commerce Street, Suite 700 (36104)
>   P.O. Box 238
>   Montgomery, AL  36101
>   (334) 262-1850 – T
>   (334) 262-1772 – F
>   jfrawley@wmwfirm.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

KRISTOPHER O. ANDERSON
AL Bar No.: AND112
JOHN PARKER YATES
AL Bar No. YATO10
YATES ANDERSON
P.O. Box 73
Orange Beach, Alabama 36561
(251) 500-4853
kanderson@yatesanderson.com
parker@yatesanderson.com

          **/s/Jamie Helen Kidd Frawley**
          OF COUNSEL