IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MIKE BORDELON<br>and BREEZY SHORES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BALDWIN COUNTY, ALABAMA,<br>BALDWIN COUNTY COMMISSION<br>DISTRICT 4 PLANNING AND<br>ZOINING BOARD OF<br>ADJUSTMENT, VINCE JACKSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:20-cv-00057<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ATTORNEY'S FEES AND COSTS

COMES NOW the Plaintiffs, MIKE BORDELON and BREEZY SHORES, LLC, by and through their undersigned counsel, and file this Motion for Attorney's Fees and Costs under 42 U.S.C. § 1988(b). In support thereof, Plaintiffs state as follows:

1.  On December 16, 2019, Plaintiffs filed a Notice of Appeal in the Circuit Court of Baldwin County, appealing a decision of the Baldwin County District 4 Board of Adjustment.

2.  On January 8, 2020, Plaintiffs filed their First Amended Complaint against Defendants for injunctive relief and damages in the Circuit Court for Baldwin County, Alabama.

3.  On February 3, 2020, Defendants filed a Notice of Removal from the Circuit Court for Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division. (Doc. 1; PageId. 1-45).

4.  On July 20, 2020, Plaintiffs filed their Second Amended Complaint against Defendants for injunctive relief and damages. (Doc. 21; PageId. 137-66).

5.  Defendants subsequently sought dismissal of Plaintiffs' Second Amended Complaint, which was briefed but not ruled upon. After extensive written and deposition discovery, Defendants then sought summary judgment under Fed. R. Civ. P. 56, which was granted in part but denied in part.

6.  The parties tried this case in a bench trial from January 24 through January 26, 2022.

7.  Following post-trial briefing, on October 28, 2022, the Court entered a Memorandum Opinion and Order in favor of Plaintiffs. (Doc. 95; PageId. 4276-4353). On the same date, the Court entered a Judgment to the same effect. (Doc. 96; PageId. 4354-56).

8.  As prevailing parties in this action, Plaintiffs are entitled to recover their reasonable attorney's fees under 42 U.S.C. § 1988(b).

9.  In this matter, Plaintiffs have incurred reasonable sums of attorneys' fees in bringing this action against Defendants. Plaintiffs have incurred $183,958.45 in attorneys' fees, and $6,065.98 in costs which are reasonable under the circumstances. The Declaration of Kristopher O. Anderson with respect to these attorneys' fees is attached as **Exhibit A** hereto, along with the Expert Affidavit of Sara M. Turner, Esquire, which is attached as **Exhibit B** hereto. Plaintiffs' counsel's time records and cost records are attached as **Composite Exhibit C** hereto.

WHEREFORE, Plaintiffs Mike Bordelon and Breezy Shores, LLC respectfully request that the Court award Plaintiffs their reasonable attorneys' fees and costs by entering judgment against Defendants in the amount set forth in the Affidavits attached as exhibits hereto, and for such other relief deemed proper and just.

        Respectfully Submitted,

        */s/ Kristopher O. Anderson*_____
        KRISTOPHER O. ANDERSON (AND112)

        */s/ John Parker Yates*_____
        JOHN PARKER YATES (YAT010)

YATES ANDERSON
4851 Wharf Parkway, Ste D-230
Orange Beach, AL 36561
251-500-4853
kris@yatesanderson.com
parker@yatesanderson.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2022, a copy of the foregoing was served electronically upon the following:

Jamie Helen Kidd Frawley
Haley Lyckman
WEBB MCNEILL WALKER P.C.
One Commerce St., Ste. 700
Montgomery, AL  36104

        /s/ Kristopher O. Anderson
        KRISTOPHER O. ANDERSON (AND112)