IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

---

MIKE BORDELON and BREEZY )
SHORES, LLC )
           )
      Plaintiffs, )
           )    Case No. 1:20-cv-00057
v. )
           )
BALDWIN COUNTY, ALABAMA, )
BALDWIN COUNTY COMMISSION )
DISTRICT 4 PLANNING AND )
ZONING BOARD OF ADJUSMENT, )
VINCE JACKSON, )
           )
      Defendants.

---

## DECLARATION OF KRISTOPHER O. ANDERSON
## WITH RESPECT TO ATTORNEYS' FEES

I, Kristopher O. Anderson, declare the following is true and correct:

1.      My name is Kristopher O. Anderson.

2.      I am over 19 years of age and am competent to make this Declaration.

3.      I am a Partner with the law firm of Yates Anderson, which is the law firm of record

for Plaintiffs in this action.

4.      The facts set forth in this Declaration are based on my personal knowledge

5.      Prior to Yates Anderson, I was a Shareholder with the law firm of Clark Partington.

Clark Partington was the law firm of record for Plaintiffs until my current firm Yates Anderson

became counsel of record for Plaintiffs.  Prior to Clark Partington, Plaintiffs were briefly

represented by Taupeka Law, LLC prior to the institution of litigation.

6.      Plaintiffs retained Taupeka Law, then Clark Partington, and then Yates Anderson

to represent them in this proceeding and have agreed to pay a reasonable fee for its services.

1

Exhibit A

7.      I became licensed to practice law in the State of Alabama in 2011, am an active member of The Alabama State Bar in good standing and have been engaged in the practice of law in Baldwin County, Alabama and the U.S. District Court for the Southern District of Alabama since 2016.

8.      I currently handle litigation on a regular basis.

9.      Plaintiffs are clients of Yates Anderson.

10.     To my knowledge, acceptance by Yates Anderson of this case did not preclude employment of Yates Anderson by others or cause antagonism with other clients.

11.     This case imposed significant time limitations upon me during January of 2022, but no significant time limitations have been placed upon me by this case either before or since that time frame.

12.     Yates Anderson represents the Plaintiffs on an hourly fee basis, whereby Plaintiffs agree to pay a reasonable fee not less than the amount of hours spent by the attorneys and paralegals with attorney time being billed at rates of $325.00 per hour and paralegal time being billed at $175.00 per hour. Similarly, Clark Partington previously represented Plaintiffs on an hourly fee basis, with attorney time billed at rates between $225.00 per hour and $300.00 per hour, and paralegal time at $175.00 per hour. Prior to Clark Partington's involvement, Taupeka Law, LLC represented Plaintiffs on an hourly fee basis at the rate of $250.00 per hour. The amount of time expended by each lawyer with each law firm on behalf of the Plaintiffs in this case is as set forth below:

| | | |
|---|---|---|
| Kristopher O. Anderson, Esq.<br>Partner ($325.00 per hour) | 140.50 hours | $45,662.50 |
| Kristopher O. Anderson, Esq.<br>CP Shareholder ($300.00 per hour) | 220.20 hours | $66,060.00 |

2

| | | |
|---|---|---|
| Parker Yates, Esq.<br>Partner ($325.00 per hour) | 79.10 hours | $25,707.50 |
| Daniel E. Harrell, Esq.<br>CP Shareholder ($300.00 per hour) | 2.70 hours | $    810.00 |
| Mary Grace Gatewood, Esq.<br>CP Associate ($225.00 per hour) | 118.60 hours | $26,685.00 |
| Matthew M. Couch, Esq.<br>CP Associate ($285.00 per hour) | 2.10 hours | $    598.50 |
| William D. Stokes, Esq.<br>CP Shareholder ($300.00 per hour) | 15.60 hours | $  4,680.00 |
| Colin A. Sigler, Esq.<br>CP Associate ($225.00 per hour) | 2.00 hours | $    450.00 |
| Mark H. Taupeka, Esq.<br>($250.00 per hour) | 4.00 hours | $  1,000.00 |
| Lisa A. Dunlap<br>CP Paralegal ($175.00 per hour) | 54.80 hours | $  9,590.00 |
| Lisa A. Dunlap<br>YA Paralegal ($175.00 per hour) | 10.20 hours | $  1,507.80 |
| Christine Bracken-Moore<br>Paralegal ($175.00 per hour) | 2.00 hours | $    350.00 |
| Stephanie M. Gaherty<br>Paralegal ($175.00 per hour) | 4.90 hours | $    857.15 |

The legal services rendered by all law firms to Plaintiffs in this case to the date of this declaration are as set forth in this Declaration. The description of legal services and time involved was compiled by the use of time slips which are and were made simultaneous with or near the time of performing each legal service by the persons indicated, and is done in the regular course of business. The total amount of fees sought by Plaintiffs for attorneys' fees incurred is $183,958.45.

I declare under penalty of perjury that the foregoing is true and correct.

3

KRISTOPHER O. ANDERSON

4