IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MIKE BORDELON and BREEZY SHORES, LLC<br><br>　　Plaintiffs,<br><br>v.<br><br>BALDWIN COUNTY, ALABAMA, BALDWIN COUNTY COMMISSION DISTRICT 4 PLANNING AND ZONING BOARD OF ADJUSMENT, VINCE JACKSON,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-00057<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## EXPERT AFFIDAVIT WITH RESPECT TO ATTORNEYS' FEES

BEFORE ME, the undersigned authority, personally appeared Sara M. Turner who, after being first duly sworn, deposes and says:

1.　　Affiant is licensed to practice law in the state of Alabama, is an active member of Alabama State Bar in good standing, and has been engaged in the practice of law in Alabama since 2006, including within the Southern District.

2.　　Affiant is an experienced trial and appellate attorney, practicing in all state and federal, trial and appellate courts in Alabama, with extensive experience in federal courts, including the Southern District.

3.　　Affiant has reviewed the attorneys' fees records provided by Kristopher O. Anderson, reviewed the pleadings in this case, and discussed with him the legal services the law firms of Yates Anderson, Clark Partington, and Taupeka Law provided to Plaintiffs in this case.

Exhibit B

4. Affiant is of the opinion that a reasonable fee for the legal services of Yates Anderson, Clark Partington, and Taupeka Law, LLC on behalf of Plaintiffs in this case is $183,958.45.

5. Affiant's opinion as to the amount of a reasonable attorneys' fee is based upon Affiant's experience and training as a practicing attorney in the federal courts in Alabama including the Southern District and her review of the case as set forth in paragraph three above.

6. Affiant believes that the number of hours expended by Yates Anderson and Clark Partington are reasonable, that a reasonable hourly rate for attorney Kristopher O. Anderson is $325.00, that a reasonable hourly rate for attorney Parker Yates is $325.00, that a reasonable hourly rate for Daniel Harrell and William D. Stokes is $300.00, that a reasonably hour rate for Mary Grace Rahm and Colin Sigler is $225.00, that a reasonable hour rate for Matthew Couch is $285.00, and that a reasonable hourly rate for paralegals Stephanie M. Gaherty, Lisa Dunlap, and Christine Bracken-Moore is $175.00. In reaching her opinion, Affiant has considered the following factors:

    (a) The time and labor (a) required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly.

    (b) The likelihood that the acceptance of the particular employment will preclude the employment of the Plaintiffs' counsel by others or cause antagonism with other clients.

    (c) The fee customarily charged in the locality for similar legal services.

    (d) The amount involved in the controversy and the benefits resulting to the Plaintiffs.

    (e) The time limitation imposed by the Plaintiffs or the circumstances.

    (f) The nature and length of the professional relationship with the Plaintiffs.

(g) The experience, reputation and ability of the lawyers performing the services.

(h) The contingency or certainty of a fee.

FURTHER AFFIANT SAITH NAUGHT.

_____
Sara M. Turner, Affiant

STATE OF ALABAMA
COUNTY OF BALDWIN

SWORN TO AND SUBSCRIBED before me this 28th day of November 2022, by Sara M. Turner, who is personally known to me.

_____
NOTARY PUBLIC, State of Alabama

Notary Seal

